CLAYTON *v.* BLAND.

GILBERT, J. The motion for a new trial is on the general grounds; and the verdict being supported by evidence, the discretion of the trial judge in overruling the motion will not be controlled.

*Judgment affirmed. All the Justices concur.*

No. 2120. DECEMBER 18, 1920.

Complaint for land. Before Judge Park. Hancock superior court. May 28, 1920.

*Allen & Pottle* and *R. H. Lewis,* for plaintiff in error.